MALCOLM S. SEGAL - 075481
EMILY E. DORINGER - 208727
**SEGAL & KIRBY LLP**
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 441-0886
msegal@segalandkirby.com
edoringer@segalandkirby.com

Attorneys for Defendant
ALI SEDGHI VAZIRI

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 3:12-CR-00251-JW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER VACATING BOND HEARING** |
| ALI SEDGHI VAZIRI, | |
| Defendant. | |

The defendant, ALI SEDGHI VAZIRI, through his counsel of record, Segal & Kirby LLP, and plaintiff United States of America, through its counsel, Assistant United States Attorney Katherine Dowling, agree and stipulate that the bond hearing currently set for May 1, 2012, at 9:30 a.m. may be vacated, as the terms and conditions concerning the defendant's posting of property, as ordered by the Court at the defendant's initial appearance on April 17, 2012, have been satisfied and all necessary documents filed with this Court on April 27, 2012.

The parties agree that, given the above circumstances, their appearance for a further bond hearing is not necessary at this time, and accordingly, both parties further agree and stipulate that the bond hearing scheduled on May 1, 2012 at 9:30 a.m. should be vacated.

-1-
Stipulation and [Proposed] Order Vacating Bond Hearing

**IT IS SO STIPULATED.**

Respectfully submitted,

**SEGAL & KIRBY LLP**

Dated: April 30, 2012    By: /s/
MALCOLM SEGAL
Attorneys for Defendant
ALI SEDGHI VAZIRI

MELINDA HAAG
United States Attorney

Dated: April 30, 2012    By: _____
KATHERINE DOWLING
Assistant United States Attorney

## ORDER

PURSUANT TO THE WRITTEN STIPULATION BETWEEN THE PARTIES, and for the reasons set forth in the written stipulation, the bond hearing currently set for May 1, 2012, at 9:30 a.m. shall be vacated.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 30, 2012

_____
JOSEPH S[PERO]
United States Magistrate Judge

*Judge Joseph C. Spero*